IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br><br>TIMOTHY JAMES JUSTICE<br><br>Debtor | )<br>)<br>)<br>)<br>)    Case No. 18-13232-KHK<br>)    Chapter 7<br>)<br>) |

## REPORT OF SALE

Janet M. Meiburger, the Trustee herein, reports that she has sold the real property of the Debtor pursuant to the Order Granting Trustee's Motion to Approve the Sale of Real Property Located at 4399 Patriot Park Court, Fairfax, Virginia 22030, Free and Clear of Liens (Docket No. 90).

The Buyers were Jin Ho Park and Eunkyoung Park. The proceeds to the bankruptcy estate were $61,275.25. The settlement statement is attached as Exhibit A.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: June 11, 2019            By: /s/ Janet M. Meiburger
                                                          Janet M. Meiburger, Esq., VSB No. 31842
                                                          The Meiburger Law Firm, P.C.
                                                          1493 Chain Bridge Road, Suite 201
                                                          McLean, Virginia 22101
                                                          (703) 556-7871
                                                          Counsel to Chapter 7 Trustee

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 11th day of June, 2019, a true and correct copy of the foregoing Report of Sale will be served by ECF e-mail pursuant to the applicable Standing Order of the Court.

        /s/ Janet M. Meiburger
        Janet M. Meiburger

# EXHIBIT A

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**RL Title and Escrow, Inc.**
**ALTA Universal ID**
**8500 Leesburg Pike Suite 400**
**Vienna, VA 22182**

| | |
|---|---|
| **File No./Escrow No.:** | 2019-040801 |
| **Print Date & Time:** | May 23, 2019 at 10:31 AM |
| **Officer/Escrow Officer:** | |
| **Settlement Location:** | |
| **Property Address:** | 4399 Patriot Park Court<br>Fairfax, VA 22030 |
| **Borrower:** | Jin Ho Park and Eunkyoung Park |
| **Seller:** | Janet M. Meiburger, Chapter 7 Bankruptcy Trustee |
| **Lender:** | Navy Federal Credit Union |
| **Settlement Date:** | May 23, 2019 |
| **Disbursement Date:** | May 23, 2019 |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $ 675,000.00 | Sale Price of Property | $ 675,000.00 | |
| | | Deposit | | $ 20,000.00 |
| | | Loan Amount | | $ 540,000.00 |
| | | **Prorations/Adjustments** | | |
| $ 3,009.29 | | County Taxes<br>01/01-05/22 | | $ 3,009.29 |
| | | **Loan Charges to Navy Federal Credit Union** | | |
| | | Flood Determination | $ 4.50 | |
| | | Tax Service | $ 65.00 | |
| | | Prepaid Interest<br>$49.93151 per day from 05/23/19 to 06/01/19 | $ 449.38 | |
| | | **Other Loan Charges** | | |
| | | Appraisal Fee<br>   POC $ 490.00<br>   Paid by Borrower before closing | | |
| | | Credit report<br>   POC $ 37.38<br>   Paid by Borrower before closing | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance | $ 227.49 | |
| | | Property Taxes | $ 1,920.27 | |
| | | Aggregate Adjustment | $ -455.01 | |

ALTA Settlement Statement Combined - Continued

| Seller Debit | Seller Credit | Description | To | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|---|
| | | **Title Charges & Escrow / Settlement Charges** | | | |
| | | Title - Lender's Title Insurance<br>Coverage: $540,000.00<br>Premium: $150.00 | to RL Title and Escrow, Inc. | $1,492.00 | |
| | | Title - Owner's Title Insurance (optional)<br>Coverage: $675,000.00<br>Premium: $2,994.00 | to RL Title and Escrow, Inc. | $1,652.00 | |
| | | Title - Commitment and Policy | to Title Write, Inc. | $125.00 | |
| | | Title - Courier Fee | to RL Title and Escrow, Inc. | $70.00 | |
| | | Title - Search | to Title Write, Inc. | $125.00 | |
| | | Title - CPL Fee | to Old Republic National Title | $20.00 | |
| | $995.00 | Title - Settlement and Closing Fee | to RL Title and Escrow, Inc. | $495.00 | |
| | | **Commission** | | | |
| $20,250.00 | | Commission | to BHHS PenFed Realty | | |
| $20,250.00 | | Commission | to ABC Real Estate | | |
| | | **Government Recording and Transfer Charges** | | | |
| | | Recording Fees<br>Deed:$48.00 Mortgage:$61.00 | to Clerk of the Circuit Court | $109.00 | |
| $675.00 | | Grantor's Tax | to Clerk of the Circuit Court | | |
| $1,012.50 | | Regional Congestion Relief Fee | to Clerk of the Circuit Court | | |
| | | Transfer Tax City/County Deed | to Clerk of the Circuit Court | $562.50 | |
| | | Transfer Tax City/County Mortgage | to Clerk of the Circuit Court | $450.00 | |
| | | Transfer Tax State Deed | to Clerk of the Circuit Court | $1,687.50 | |
| | | Transfer Tax State Mortgage | to Clerk of the Circuit Court | $1,350.00 | |
| | | **Payoffs** | | | |
| $494,271.96 | | Payoff of First Mortgage Loan | to HSBC | | |
| $67,000.00 | | Payoff of Second Mortgage Loan | to BB&T | | |
| | | **Miscellaneous** | | | |

ALTA Settlement Statement Combined - Continued

| Seller | | | | Borrower/Buyer | |
| Debit | Credit | | | Debit | Credit |
|---|---|---|---|---|---|
| | | Agent Credit | | | $ 2,900.00 |
| $ 4,339.00 | | Homestead Exemption | to Timothy Justice | | |
| | | Pest Inspection | to PestNow | $ 39.00 | |
| | | Broker admin fee | to ABC Real Estate | $ 295.00 | |
| | | Home Warranty | to Super Home warranty | | |
| | | $ 576.00 Paid by BHHS PenFed Realty | | | |
| $ 58.50 | | HOA transfer fee | to Cardinal Management | $ 58.50 | |
| | | June HOA fee | to Fairfax Gateway HOA | $ 180.00 | |
| $ 1,600.00 | | Post Petition HOA fees | to Fairfax Gateway HOA | | |
| $ 263.50 | | resale package fee | to Fairfax Gateway HOA | | |
| | | Homeowner's Insurance Premium ( mo.) | to Geico | $ 910.00 | |
| | | ( mo.) | to Fairfax County | $ 3,840.53 | |
| $ 613,724.75 | $ 675,000.00 | **Subtotals** | | $ 690,672.66 | $ 565,909.29 |
| $ 61,275.25 | | **Balance Due FROM** | | | $ 124,763.37 |
| $ 675,000.00 | $ 675,000.00 | **Balance Due TO** **TOTALS** | | $ 690,672.66 | $ 690,672.66 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize RL Title and Escrow, Inc. to cause the funds to be disbursed in accordance with this statement.

_____
Jin Ho Park

_____
Eunkyoung Park

Janet M. Meiburger, Chapter 7 Bankruptcy Trustee

BY: _____

_____
, Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

Template File defaultCDF.pft
Printed on 05/23/19 at 10:31 AM